# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEJANDRO VELAZQUEZ, | ) | No. CV 11-00120 AWT |
| Plaintiff, | ) | **JUDGMENT OF DISMISSAL** |
| vs. | ) | |
| CITY OF LONG BEACH, et al., | ) | |
| Defendants. | ) | |

Pursuant to the stipulation of the parties therefor [Dkt. 105],

**IT IS ADJUDGED** that this action is **DISMISSED with prejudice.** Each party shall bear his/its own costs, expenses and attorney's fees.

Dated: June 26, 2017.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation